IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BNSF RAILWAY COMPANY )
)
v. ) No. 3-13-0912
)
TENNESSEE DEPARTMENT OF )
REVENUE; and RICHARD ROBERTS, )
Commissioner of Revenue of the State of )
Tennessee )

O R D E R

In accord with the order entered December 30, 2013 (Docket Entry No. 32), the parties filed a joint status report (Docket Entry No. 34), indicating that briefing has been completed but oral argument has not yet been scheduled in the case of Illinois Cent. R.R. Co. v. Tennessee Dep't of Revenue, 3-10-0197, currently on appeal to the Sixth Circuit Court of Appeals and assigned No. 13-6348.

By July 18, 2014, the parties shall file another status report, indicating whether a ruling on the appeal has been made, and, if not, whether oral argument has been held and, if not, whether it has been scheduled, and, if so, for what date.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge